# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,
vs.
ROCKVIEW DAIRIES, INC.,
Respondent.

No. 79517

FILED

OCT 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion for summary judgment and dismissing a complaint. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Respondent has filed an unopposed motion to dismiss this appeal for lack of jurisdiction. Respondent asserts that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because its counterclaim remains pending. This court agrees. The challenged order is not a final judgment where respondent's counterclaim remains pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."). And no other statute or court rule authorizes an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute

19-42057

or court rule"). This court lacks jurisdiction to consider this appeal. Accordingly, the motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver

cc:    Hon. Rob Bare, District Judge
       Marlene Rogoff
       The Galliher Law Firm
       Eighth District Court Clerk

_____

[1]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment.